# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 6D2024-0101
Lower Tribunal No. 19-DP-190
_____

In the Interest of S. B., a child.

J.B.

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Erik Leontiev, Judge.

July 24, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


Toni A. Butler, of Alderuccio & Butler, LLC, Naples, for Appellant.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Statewide Guardian ad Litem.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED